**KUTAK ROCK LLP**
Jeremy S. Williams (VSB No. 77469)
Riverfront Plaza
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone: (804) 644-1700
**JEREMY.WILLIAMS@KUTAKROCK.COM**
*Counsel for TDMA LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: SHRIDHAR V. BHAT,<br><br>Debtor. | Case No. 19-31691-KLP<br><br>Chapter 7 |
| TDMA LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHRIDHAR V. BHAT,<br><br>Defendant. | Adv. Proc. No. 19-03072-KLP |

### ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

THIS MATTER comes before the Court upon the *Plaintiff's Motion to Substitute Party* [Docket No. 10] (the "Motion"); the Court having jurisdiction to consider this Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the relief requested herein

4850-5050-9993.2

having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore; **IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. TDMA LLC is hereby substituted as Plaintiff in place of RREF II BB 2014-1 Acquisitions, LLC.

3. No further service of this Order is required because all necessary parties shall be served via the Court's ECF system.

ENTERED: Oct 18 2019

/s/ Keith L. Phillips
JUDGE

Order submitted by:

Entered on Docket: Oct 21 2019

/s/ Jeremy S. Williams
**KUTAK ROCK LLP**
Jeremy S. Williams (VSB No. 77469)
901 East Byrd Street, Suite 1000
Richmond, VA  23219-3500
Telephone: (804) 644-1700
jeremy.williams@kutakrock.com
  *Counsel for TDMA LLC*


Seen and No Objection:

/s/ Steven S. Biss
Steven S. Biss (VSB No. 32972)
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (434) 501-8272
stevenbiss@earthlink.net
  *Counsel for Shridhar V. Bhat*

4850-5050-9993.2