# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| SHRIDHAR V. BHAT, | ) Case No. 19-31691-KLP |
| | ) |
| Debtor. | ) |
| | ) |
| TDMA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No. 19-03072-KLP |
| | ) |
| SHRIDHAR V. BHAT, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND PROTECTIVE ORDER

Harry Shaia, Jr. (the "**Trustee**"), Shridhar V. Bhat (the "**Debtor**"), Robert Bhat, Linda Bhat ("**Mrs. Bhat**"), and TDMA, LLC ("**TDMA**"), by and through their respective attorneys, hereby enter into, and submit for the Court's approval and entry, this Stipulation and Protective Order ("**Protective Order**") for the protection of certain material and information during the course of the mediation to which this Order applies (the "**Mediation**").

1. On December 16, 2019, the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, entered its Order Granting Judicial Mediation (the "**Mediation Order**") for this case, appointing the Honorable Frank J. Santoro as the judicial mediator (the "**Mediator**").

---

Christian K. Vogel (Va. Bar No. 75537)
Vogel & Cromwell, L.L.C.
513 Forest Ave., Suite 205
Richmond, VA 23229
(804) 728-1574
kvogel@vogelandcromwell.com

*Counsel to Harry Shaia, Jr., Trustee*

2. The mediator has requested that the Debtor and Mrs. Bhat authorize First Community Bank to provide the 2018 personal financial statement completed by the Debtor and Linda Bhat (the "**2018 PFS**") to the Trustee and to counsel for TDMA.

3. The Mediator has further requested that the Debtor provide to counsel for TDMA evidence as to the current status of payment of premiums on any life insurance policies in which he holds an interest (the "**Life Insurance Information**").

4. The Debtor and Mrs. Bhat are hereby ordered and directed to cause the 2018 PFS to be provided to the Trustee and counsel for TDMA. The Debtor is hereby ordered and directed to provide to counsel for TDMA the Life Insurance Information.

5. The parties hereto agree that the 2018 PFS and Life Insurance Information (collectively, the "**Material**") shall be kept confidential within the Mediation and may not be disclosed or utilized in any respect other than during and in connection with the Mediation unless and until the Material may be obtained under procedures provided for in the United States Bankruptcy Code and/or the Federal Rules of Civil Procedure or the Court orders otherwise.

IT IS SO ORDERED.

ENTERED: 3-18-2021

/s/ Frank J. Santoro
FRANK J. SANTORO, CHIEF JUDGE

- 2 -

Entered On Docket: Mar 18 2021

2

We ask for this:

/s/ Jeremy S. Williams (with permission by e-mail dated 3.17.21)
Jeremy S. Williams (VSB No. 77469)
Kutak Rock LLP
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
(804) 644-1700
Jeremy.williams@kutakrock.com
*Counsel for TDMA, LLC*

/s/ Christian K. Vogel
Christian K. Vogel (VSB No. 75537)
Vogel & Cromwell, L.L.C.
513 Forest Ave., Suite 205
Richmond, VA 23229
(804) 728-1574
kvogel@vogelandcromwell.com
*Counsel for Harry Shaia, Jr., Trustee*

/s/ David R. Ruby (with permission by e-mail dated 3.17.21)
David R. Ruby (VSB No. 22703)
Thompson McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219
(804) 698-6220
druby@t-mlaw.com
*Counsel for Robert Bhat and Linda Bhat*

/s/ Steven S. Biss (with permission by e-mail dated 3.17.21)
Steven S. Biss (VSB No. 32972)
Law Office of Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
(540) 501-8272
stevenbiss@earthlink.net
*Counsel for Debtor*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Christian K. Vogel
Counsel

- 3 -

3